**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ONYEIGE, et al., | No. C 06-07953 SBA |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| INTERNATIONAL TELECOM EXCHANGE, INC., et al., | |
| Defendants. | |

On December 29, 2006, plaintiffs filed their complaint [Docket No. 1]. As of the date of this Order, none of the named defendants in this action has been served. Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice..." Fed. R. Civ. P. 4(m).

Accordingly, it is ORDERED that:

(1) Plaintiffs and/or Plaintiffs' counsel of record shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **July 10, 2008 at 4:00 p.m.**, to show cause why the above-captioned case should not be dismissed without prejudice for failure to prosecute.

(2) At least ten days prior to the above hearing, Plaintiffs, or Plaintiffs' counsel of record, must file a Certificate of Counsel with the Clerk of the Court, to explain why the case should or should not be dismissed for failure to prosecute. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposition to dismissal by any party, and its expected

course if not dismissed.

(3) Please take notice that this Order requires <u>both</u> the specified court appearance <u>and</u> the filing of the Certificate of Counsel. Failure to fully comply with this Order will be deemed sufficient grounds to dismiss the action.

IT IS SO ORDERED.

Dated: 6/10/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

2