UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICK ONYEIGE, et al., | Case No: C 06-7953 SBA |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| INTERNATIONAL TELECOM EXCHANGE, INC., et al., | |
| Defendants. | |

There being no response to the Court's Order to Show Cause Re Dismissal pursuant to Federal Rule of Civil Procedure 4(m),

IT IS HEREBY ORDERED THAT the instant action is DISMISSED. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: February 3, 2010

SAUNDRA BROWN ARMSTRONG
United States District Judge